IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**CANNON RUSSELL,**

    Petitioner,

vs.                                               Case Number 4:06cv296-WS/WCS

**ALBERTO GONZALES,
MICHAEL CHERTOFF,
MICHAEL ROZOS, DAVID WING,
DAVID HARVEY, and the
DEPARTMENT OF HOMELAND SECURITY,**

    Respondents

_____/

## REPORT AND RECOMMENDATION

    Petitioner, proceeding *pro se*, filed a § 2241 petition seeking release from detention on June 20, 2006.  Doc. 1.  Respondents filed a response to the petition on September 12, 2006, doc. 10, asserting that Petitioner failed to show that his removal would not occur in the reasonably foreseeable future.  The order entered on September 21, 2006, reminding Petitioner he had until October 23, 2006, to file a reply to the response was returned to the Court with a postal stamp indicating Petitioner was "no longer" housed at Wakulla County Jail.  Docs. 11, 12.  Respondents then filed a motion to dismiss, doc. 13, advising that this case is moot because Petitioner received the relief

request - release from detention.  In particular, Respondents state that on September 7th, Petitioner was released from custody because "the government of Bahamas denied to issue Petitioner travel documents."  Doc. 13, p. 2.  A subsequent show cause order, doc. 14, was also returned to the Court, marked "return to writer; no longer here."  Doc. 15.

Accordingly, no further action need be taken on this case as Petitioner has been granted the relief he sought and has been released from detention.  This petition is, accordingly, moot and the motion to dismiss should be granted.

In light of the foregoing, it is respectfully **RECOMMENDED** that the motion to dismiss, doc. 13, be **GRANTED** and this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 filed by Petitioner **Cannon Russell**, doc. 1, be **DISMISSED as moot** because Petitioner has been released from detention.

**IN CHAMBERS** at Tallahassee, Florida, on January 30, 2007.


　　　s/    William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

Case Number 4:06cv296-WS/WCS