IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


CANNON RUSSELL,

        Petitioner,

v.                                          4:06cv296-WS

ALBERTO GONZALES,
MICHAEL CHERTOFF,
MICHAEL ROZOS, DAVID WING,
DAVID HARVEY, and the
DEPARTMENT OF HOMELAND SECURITY,

        Respondents.
_____

## ORDER OF DISMISSAL

      Before the Court is the Magistrate Judge's Report and Recommendation (doc. 16) docketed January 30, 2007.  On February 7, 2007, Plaintiff's copy of the Report and Recommendation was returned to the Clerk's office as undeliverable.  See Doc. 17.  Although it is his responsibility to do so, Plaintiff has not provided the Court with a current address.

      Because Plaintiff has failed to prosecute his case, it is ORDERED:

      1.  The complaint, and this action, are hereby DISMISSED without prejudice

for failure to prosecute.

    2.  The Clerk shall enter judgment accordingly.

    DONE AND ORDERED this   12th   day of    February   , 2007.


                                  s/ William Stafford
                                  WILLIAM STAFFORD
                                  SENIOR UNITED STATES DISTRICT JUDGE